IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ADRIAN GUTIERREZ MARTINEZ, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 4:15CV3156 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, Director Nebraska | ) | MEMORANDUM AND ORDER |
| Dept. of Correctional Services, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Because the offender has been discharged as shown by the records of the Department of Corrections (here, last accessed today), because the offender has not updated his address, and because the offender has not complied with the order to pay the $5.00 filing fee or file a motion to proceed in forma pauperis,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing no. 1) is dismissed without prejudice. A separate judgment will be entered.

DATED this 7th day of March, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge